*In re* ENMIENDA A LA REGLA 10(10.2.1) DEL REGLAMENTO PARA LA ADMISIÓN DE ASPIRANTES AL EJERCICIO DE LA ABOGACÍA Y LA NOTARÍA.

*Número:* ER-2005-09      *Resuelto:* 30 de agosto de 2005

## RESOLUCIÓN

Al amparo del poder inherente de este Tribunal para regular la admisión y el ejercicio de la práctica de la abo-

---

gacía y la notaría, y conforme con lo dispuesto en la Regla 15.4 del Reglamento para la Admisión de Aspirantes al Ejercicio de la Abogacía y la Notaría de 1 de junio de 1998 (4 L.P.R.A. Ap. XVII-B), se enmienda la Regla 10(10.2.1) del citado reglamento, para que exprese lo siguiente:

> (10.2.1)  Por proveer dichas copias, el Director Ejecutivo cobrará el siguiente arancel en sellos de rentas internas: veinte dólares ($20) por las contestaciones al examen de reválida general; diez dólares ($10) por las contestaciones al examen de reválida notarial, y quince dólares ($15) por las directrices de calificación.

Esta enmienda entrará en vigor inmediatamente.

*Publíquese.*

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo. Los Jueces Asociados Señores Rebollo López y Fuster Berlingeri no intervinieron.

<div align="right">

(*Fdo.*) Aida Ileana Oquendo Graulau
*Secretaria del Tribunal Supremo*